IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ROBERT C. GOEBEL,**   )<br>                                                   )<br>                         **Plaintiff,**   )<br>                                                   )<br> **v.**                                          )<br>                                                   )<br> **JEFFERSON PILOT FINANCIAL**   )<br> **INSURANCE COMPANY,**   )<br>                                                   )<br>                         **Defendant.**   )<br> _____ ) | **CIVIL ACTION**<br><br>**No. 05-2174-KHV** |

## ORDER

Plaintiff filed suit on May 4, 2005 and on June 17, 2005, he served defendant with process. (Doc. #2). On September 7, 2005, the Court ordered plaintiff to show good cause why this case should not be dismissed for lack of prosecution pursuant to Rule 41(b). On September 23, 2005, plaintiff filed Response To Order To Show Cause (Doc. #4).

In his response, plaintiff states that settlement negotiations have been ongoing but were delayed due to difficulty in finding suitable time to discuss offers and counteroffers and the death of plaintiff's father. Plaintiff states that the parties have reached a settlement agreement, and the Clerk has confirmed that representation with defense counsel. The Court finds that plaintiff has shown good cause why the Court should not dismiss plaintiff's claims for lack of prosecution.

**IT IS THEREFORE ORDERED** that the clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On

or before **October 31, 2005**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not reopened for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice under Rule 41(a)(2).

Dated this 20th day of October, 2005, at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>Kathryn H. Vratil<br>United States District Judge